IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RAINY GIBSON, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. 23-3677 |
| | : | |
| v. | : | |
| | : | |
| TIP TOWING AND RECOVERY LLC; | : | |
| JASONE DISENSO, President; JOHN DOE | : | |
| TOW GUY 1; and JOHN DOE TOW | : | |
| GUY 2, | : | |
| | : | |
| Defendants. | : | |

## **ORDER**

**AND NOW**, this 2nd day of October, 2023, after considering the application for leave to proceed *in forma pauperis* (Doc. No. 6) and complaint (Doc. No. 4) filed by the *pro se* plaintiff, Rainy Gibson; and for the reasons set forth in the separately filed memorandum opinion, it is hereby **ORDERED** as follows:

1. The application for leave to proceed *in forma pauperis* (Doc. No. 6) is **GRANTED**, and the plaintiff has leave to proceed *in forma pauperis* in this matter;

2. The complaint (Doc. No. 4) is **DEEMED** filed;

3. The complaint (Doc. No. 4) is **DISMISSED WITHOUT PREJUDICE** for lack of subject-matter jurisdiction; and

4. The clerk of court is **DIRECTED** to **CLOSE** this case.

BY THE COURT:


/s/ *Edward G. Smith*
EDWARD G. SMITH, J.